UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

UNITED STATES OF AMERICA )
) 1:24-cr-56
v. )
) JUDGES McDonough/Steger
JAMES C. THOMPSON )

## INDICTMENT

### COUNT ONE

The Grand Jury charges that, in or about November in the year 2000, within the Eastern District of Tennessee and elsewhere, the defendant JAMES C. THOMPSON, did knowingly transport an individual, that is, Victim One, who had not attained the age of 18 years in interstate commerce, with intent that the individual engage in sexual activity for which any person can be charged with a criminal offense, namely, Sexual Abuse in the Second Degree, which was a criminal offense under Alabama Code § 13A-6-67, and Sodomy in the Second Degree, which was a criminal offense under Alabama Code § 13A-6-64.

All in violation of Title 18, United States Code, Section 2423(a).

### COUNT TWO

The Grand Jury charges that, in or about September in the year 2000, within the Eastern District of Tennessee and elsewhere, the defendant JAMES C. THOMPSON, did knowingly transport an individual, that is, Victim Two, who had not attained the age of 18 years in interstate commerce, with intent that the individual engage in sexual activity for which any person can be charged with a criminal offense, namely, Sexual Abuse in the Second Degree, which was a criminal offense under Alabama Code § 13A-6-67.

All in violation of Title 18, United States Code, Section 2423(a).

## COUNT THREE

The Grand Jury charges that, in or about September in the year 2000, on an occasion separate and distinct from the occasion alleged in Count Two of this Indictment, within the Eastern District of Tennessee and elsewhere, the defendant JAMES C. THOMPSON, did knowingly transport an individual, that is, Victim Two, who had not attained the age of 18 years in interstate commerce, with intent that the individual engage in sexual activity for which any person can be charged with a criminal offense, namely, Sexual Battery, which was a criminal offense under Tennessee Code § 39-13-505.

All in violation of Title 18, United States Code, Section 2423(a).

A TRUE BILL:

_____
GRAND JURY FOREPERSON

FRANCIS M. HAMILTON III
United States Attorney

By: *[signature]* for
James T. Brooks
Assistant United States Attorney

2