AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | | |
|---|---|---|
| United States of America<br>v.<br>JAMES C. THOMPSON<br><br>_Defendant_ | )<br>)<br>)<br>)<br>)<br>) | Case No. 1:24-cr-56 |

U.S. MARSHAL SERVICE
JUN 6 '24 AM 11:13

FILED
JUN 10 2024
District Court
of Tennessee
Chattanooga

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_ JAMES C. THOMPSON,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2423(a) - Transportation of Minors

Date: 6/5/24

_Issuing officer's signature_

City and state: Chattanooga, TN

_Printed name and title_

---

**Return**

This warrant was received on _(date)_ 6-6-24, and the person was arrested on _(date)_ 6-7-24
at _(city and state)_ Chattanooga TN.

Date: 6-7-24

_Arresting officer's signature_

Paul Salgato  P.Son
_Printed name and title_

11682189

2474-0606-0877-5

Case 1:24-cr-00056-TRM-CHS   Document 13   Filed 06/10/24   Page 1 of 1   PageID #: 23