UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Docket No. 1:24-cr-00056 |
| | * | |
| JAMES C. THOMPSON, | * | Judge Travis R. McDonough |
| | * | Magistrate Judge Christopher H. Steger |
| Defendant. | * | |

## UNOPPOSED MOTION TO CONTINUE ALL DEADLINES

**COMES NOW**, the Defendant, James C. Thompson, by and through counsel, Lee Davis and Logan Davis, who hereby files this unopposed Motion to continue the deadlines set in this case. The Government has no objection to this Motion. The Defendant would show the Court as follows:

1. The Government has indicated that there is additional discovery that will be provided to defense counsel.

2. Counsel requests additional time to review discovery once provided, to gather and review additional evidence, and to continue negotiating with the Government.

**WHEREFORE PREMISES CONSIDERED**, in consideration of the foregoing, the Defendant respectfully requests that the motion and plea bargain deadline and any trial date in his case be continued.

Respectfully Submitted,

**DAVIS & HOSS, P.C.**

s/E. Logan Davis
Lee Davis, #15958
Edith Logan Davis, #038138

1

*Attorneys for the Defendant*
850 Fort Wood Street
Chattanooga, TN 37403
(423) 266-0605
(423) 266-0687—Fax

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

      This the 17th day of July 2024.

                                                    s/E. Logan Davis
                                                    Edith Logan Davis