- ☐ Initial Appearance
- ☐ Complaint
- ☐ Preliminary Exam
- ☐ Motion Hearing
- ☐ Indictment
- ☒ SSI
- ☐ Information
- ☐ Detention Hearing
- ☐ Bond Hearing
- ☐ Petition for Probation/Supervised Release action
- ☒ Arraignment
- ☐ Arraignment on SSI

Case No. **1:24-cr-56**  USA v. **James C. Thompson**

**PRESENT:** Honorable **Christopher H. Steger**   ☐ U.S. District Judge **OR** ☒ U.S. Magistrate Judge

**James Brooks** — Assistant U.S. Attorney
**Lee Davis** — Attorney for Defendant  ☐ Appt. ☒ Retd ☐ Ltd. App.
Probation Officer: _____

**Allison Laster** — Courtroom Deputy
Court Reporter: _____
Interpreter(s): _____   ☐ SWORN

Digital Recording: Crtrm 1B ☒   OR Crtrm 4 ☐

**PROCEEDINGS:** ☒ DEFENDANT(S) SWORN

- ☐ Financial affidavit(s) executed
- ☐ Court appointed attorney(s) under CJA
- ☐ Court may require deft(s) repay govt cost of atty(s)
- ☐ Defendant(s) waived appointment of attorney(s)
- ☒ Defendant(s) specifically advised of rights
- ☐ Deft advised of Rules 20, 5 FRCrP
- ☐ Deft executed waiver of Rule 5, 5.1 hearing
- ☒ Deft waived reading of indictment/information
- ☐ Indictment/Information read
- ☒ Deft pleads not guilty to counts **1-4**
- ☒ Not guilty plea entered by Court on deft's behalf
- ☐ Deft. entered no plea

**DATES SET:**
- Detention hearing: _____
- Preliminary exam: _____
- Revocation hearing: _____
- Arraignment: _____
- OTHER: _____

Court ordered file ☐ sealed **OR** ☐ unsealed

**TESTIMONY BY:** _____

**OTHER MATTERS:**
I, Allison Laster, Deputy Clerk, CERTIFY the official transcript of this hearing is an audio recording - Chatt-DCR_1-24-cr-56_20240816_093756

**BOND**
- ☐ Govt. motion for detention without bond:  ☐ granted  ☐ denied
- ☐ Court ordered deft released on bond (see order setting conditions of release)

Amount: _____   Type: _____

Defendant ineligible for release on bond: _____

Deft ☐ remanded to custody of U.S. Marshal  ☒ remained in custody  ☐ remained on bond  ☐ released on bond

Time: **10:03** to **10:11**   Date: **8/16/2024**

rev 3/09