UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 1:24-cr-56 |
| v. | ) |
| | ) Judges McDonough/Steger |
| JAMES C. THOMPSON | ) |

19022-511

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO THE: SHERIFF, HAMILTON COUNTY JAIL
CHATTANOOGA, TENNESSEE, OR ANY AUTHORIZED CUSTODIAN
THEREOF, GREETINGS:

We command that you have **James C. Thompson**, who is currently detained in your custody in the Hamilton County Jail in Chattanooga, Tennessee, transported to appear before an appropriate Judge of the United States District Court in the Eastern District of Tennessee in Chattanooga, Tennessee, on **June 7, 2024, at 2:00 p.m. EST**, for an Initial Appearance, or for other proceedings with respect to a federal indictment previously returned against him.

**James C. Thompson** shall remain in the custody of this Court until his case is resolved. Following resolution of Mr. Thompson's case, he will be returned to the Hamilton County Jail in Chattanooga, Tennessee, unless this Court orders otherwise.

By order of the United States District Court, if the Sheriff so elects, the United States Marshal for the Eastern District of Tennessee (or any other duly authorized United States Marshal or Deputy United States Marshal) is directed to receive **James C. Thompson** into custody and transport him to and from said Hamilton County Jail, and to and from this Court for the purposes described herein.

Leanna R. Wilson, Clerk

By: _____
Deputy Clerk

**CUSTODY ASSUMED:**

EXECUTED this  7  day of  June , 2024.

By: _____
United States Marshal/Deputy

**RETURNED:**

EXECUTED this  3  day of  March , 2024.  2025

By: _____
United States Marshal/Deputy

**SENTENCED STATE PRISONER:**   Yes: _____   No:   ✓